211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−57024−pjs
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Henry William Glaspie III                        Pamela Glaspie
  28895 Murray Crescent                          28895 Murray Crescent
  Southfield, MI 48076                             Southfield, MI 48076

Social Security No.:
  xxx−xx−2475                                          xxx−xx−8292

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income Form 22C

| | |
|---|---|
| ☐ Attorney Disclosure of Compensation Statement | ☐ Schedule B |
| ☐ Certificate of Budget and Credit Counseling | Schedule C: |
| ☐ Declaration of Penalty of Perjury | ☐ Debtor |
| ☑ Statistical Summary of Certain Liabilities | ☐ Joint Debtor |
| ☑ Statement of Financial Affairs | ☐ Schedule D |
| ☑ Chapter 13 Plan | ☐ Schedule E |
| ☐ Tax ID | ☐ Schedule F |
| ☐ Application to Pay the Filing Fee in Installments | ☐ Schedule G |
| ☑ Declaration Concerning Debtor's Schedules | ☐ Schedule H |
| ☑ Summary of Schedules | ☐ Schedule I |
| ☑ Schedules A−J | ☐ Schedule J |
| ☐ Schedule A | |

The missing document(s) must be filed on or before **9/25/13** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 9/12/13

                                                BY THE COURT

                                                Katherine B. Gullo , Clerk of Court
                                                U.S. Bankruptcy Court